# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CV 05-04216-RSWL | Date  October 24, 2005 |
| Title | CEDRIC STURGE -v- FEDERAL NATIONAL MORTGAGE ASSOCIATION | |

Present: The Honorable    RONALD S. W. LEW

| K. Leigh Ray | Sheri Kleeger | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

Andre Jardini                           Framroze Virjee

**Proceedings:**   DEFENDANT FANNIE MAE'S MOTION TO CHANGE VENUE (filed 10-3-05)

Case called and counsel state their appearances. Defendant Fannie Mae's Motion to Change Venue is **denied**. Plaintiff's counsel shall prepare proposed order.

IT IS SO ORDERED.





: .03

Initials of Preparer