**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

Priority Send ☒
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

CASE NO. CV 05-4216-RSWL                    DATED: October 31, 2005

TITLE: CEDRIC STURGE v. FEDERAL NATIONAL MORTGAGE ASSOCIATION

PRESENT: HONORABLE RONALD S. W. LEW, JUDGE

| K. Leigh Ray | Sheri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS FOR PLAINTIFFS: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| Michael Duberchin | Framroze Virjee |

PROCEEDINGS: SCHEDULING CONFERENCE

Counsel present & S/C held. Court sets the following dates:

DISCOVERY CUT-OFF         9-15-06

MOTION FILING CUT-OFF     10-16-06

PRE-TRIAL CONFERENCE      11-27-06  11 A.M.

JURY TRIAL                12-12-06  9 A.M. (Est 5 days)

DOCKETED ON CM
NOV - 2 2005
BY ___

:02

MINUTES FORM 11                          INITIALS OF DEPUTY CLERK klr
CIV-GEN

