André E. Jardini, Esq. (State Bar No. 71335)
KNAPP, PETERSEN & CLARKE
A Professional Corporation
500 North Brand Boulevard
Twentieth Floor
Glendale, California 91203-1904
(818) 547-5000
Facsimile: (818) 547-5329
Email: aej@kpclegal.com

Michael S. Duberchin, Esq. (State Bar No. 108338)
LAW OFFICES OF MICHAEL S. DUBERCHIN
4768 Park Granada, Suite 212
Calabasas, CA 91302
(818) 222-7484
Facsimile: (818) 222-7480
Email: msdlaw@earthlink.net

Attorneys for Plaintiff,
CEDRIC STURGE, on behalf of himself
and all others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC STURGE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Defendant. | NO. CV05-4216 RSWL (MANx)<br>[The Hon. Ronald S.W. Lew]<br><br>**CLASS ACTION**<br><br>**ORDER DENYING MOTION TO CHANGE VENUE BY DEFENDANT FANNIE MAE**<br><br>Date: 10/24/05<br>Time: 9:00 a.m.<br>Courtroom: 21 |

The Motion to Change Venue of Defendant Fannie Mae came on regularly for hearing on October 24, 2005, before the Honorable Ronald S. W. Lew. The Court, having considered the papers and arguments presented by the parties, the files and

////
////

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

1

1 | pleadings in this case, and good cause appearing, hereby
2 | DENIES defendant Fannie Mae's Motion to Change Venue.

Dated: Oct 28, 2005

RONALD S.W. LEW
JUDGE OF THE UNITED STATES DISTRICT COURT

**PROOF OF SERVICE**
Sturge v. Fannie Mae
CV05-4216 RSWL (MANX)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 500 North Brand Boulevard, Twentieth Floor, Glendale, California 91203-1904. On October 25, 2005, I caused the foregoing document(s) described as ORDER DENYING MOTION TO CHANGE VENUE BY DEFENDANT FANNIE MAE to be served on the interested parties in this action as follows:

☐ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

☒ **BY MAIL:** I sealed and placed such envelope for collection and mailing to be deposited in the mail on the same day in the ordinary course of business at Glendale, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collecting and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

☐ **BY OVERNIGHT COURIER:** I caused such envelope to be placed for collection and delivery on this date in accordance with standard _____ delivery procedures.

☐ **BY FAX:** In addition to service by mail, I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown above.

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope by hand to the offices of the addressee(s).

☐ [State] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ [Federal] I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 25, 2005, at Glendale, California.

_____
MINDY MENAHEN

KNAPP, PETERSEN & CLARKE

3

K:\08000\00800\pld\009_AEJplMM.wpd

**Sturge v. Fannie Mae**
**CV05-4216 RSWL**

### SERVICE LIST

Michael S. Duberchin, Esq.
Law Offices of Michael S. Duberchin
4768 Park Granada
Suite 212
Calabasas, CA 91302

Telephone: 818-222-7484
Facsimile: 818-222-7480

**Co-counsel for Plaintiffs CEDRIC STURGE AND ALL OTHERS SIMILARLY SITUATED**

Framroze M. Virjee, Esq.
Mark W. Robertson, Esq.
Amy R. Freeman, Esq.
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899

Telephone: (213) 430-6000
Facsimile: (213) 430-6407

**Attorneys for Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE)**

KNAPP,
PETERSEN
& CLARKE

K:\08000\00800\pld\009_AEJp1MM.wpd