ORIGINAL

UNITED STATES DISTRICT COURT  SEND
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

CASE NO. <u>CV 05-4216-RSWL</u>               DATE: <u>January 23, 2006</u>

TITLE: <u>CEDRIC STURGE v. FEDERAL NATIONAL MORTGAGE ASSOCIATION</u>

---

PRESENT: <u>HONORABLE RONALD S. W. LEW, JUDGE</u>

<u>Kelly Davis</u>                         <u>Sheri Kleeger</u>
Deputy Clerk                        Court Reporter

ATTORNEYS FOR PLAINTIFFS:           ATTORNEYS FOR DEFENDANTS:

Andre Jardini                       Wendy Lazerson

---

PROCEEDINGS: MOTION (Non-Evidentiary)

Court and counsel confer. The Court **GRANTS** Defendant's Motion to
Compel Arbitration and **GRANTS** Defendant's Motion to Stay Further
Proceedings (filed 01-03-06). The Court will sign the proposed order.




                                         Time: 7 minutes







MINUTES FORM 11                     INITIALS OF DEPUTY CLERK kd
CIV-GEN


