WENDY M. LAZERSON (S.B. 97285)
CAROLYN B. HALL (S.B. 212311)
BINGHAM McCUTCHEN LLP
1900 UNIVERSITY AVENUE
EAST PALO ALTO, CA 94303
Telephone: 650-849-4400
Facsimile: 650-8494602
E-mail: wendy.lazerson@bingham.com
E-mail: carolyn.hall@bingham.com

Attorneys for Defendant Fannie Mae

Priority ___
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
JAN 25 2006
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
JAN 26 2006
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LODGED
2006 JAN -3  PH 3:05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**BY FAX**

| | |
|---|---|
| CEDRIC STURGE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Defendant. | Case No. CV 05-4216 RSWL (MANx)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS<br><br>THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |

Defendant FANNIE MAE's ("Fannie Mae" or "Defendant") motion to Compel Arbitration and Stay Further Proceedings came on for regular hearing before this Court on January 23, 2006. The parties were represented, and counsel for all the parties appeared. Having considered the memoranda submitted by the parties, the pleadings and other records on file with the Court, and the oral arguments of counsel, and good cause appearing therefor,

IT IS ORDERED that Fannie Mae's Motion to Compel Arbitration and Stay Proceedings is GRANTED. Plaintiff CEDRIC STURGE's ("Plaintiff") claims fall squarely within the scope of the agreement he entered into with Fannie Mae to arbitrate any dispute arising from his employment with Fannie Mae.

1  The Federal Arbitration Act, 9 U.S.C. § 1 *et seq.* governs such agreements.
2      IT IS HEREBY ORDERED THAT:
3      (1) Each of Plaintiff's claims set forth in the Complaint must be
4  arbitrated, as required by the terms of the Fannie Mae Dispute Resolution Policy
5  agreed to by Plaintiff; and
6      (2) All further proceedings in this matter are stayed until arbitration is
7  complete.
8  DATED: 1-24-06

10  By: __RONALD S.W. LEW__
11      The Honorable Ronald S.W. Lew
    UNITED STATES DISTRICT JUDGE