ENTERED
CLERK. U.S. DISTRICT COURT

JUL 18 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

ENTER
SEND
JS 6

SCANNED

FILED
CLERK. U.S DISTRICT COURT

JUL 17 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC STURGE | CASE NO. CV-05-4216-RSWL |
|     Plaintiff(s), | ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF STAY |
|   v. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | |
|     Defendant(s) | |

The Court having stayed this action pending arbitration,

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court.

IT IS FURTHER ORDERED that counsel for plaintiff shall file semi-annual status reports commencing on September 1, 2006. All pending calendar dates are vacated by the Court.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

IT IS SO ORDERED.

DATED: _July 14, 2006_

RONALD S.W. LEW
_____
RONALD S. W. LEW
United States District Judge