André E. Jardini (State Bar No. 71335)
aej@kpclegal.com
Gwen Freeman (State Bar No. 104094)
gf@kpclegal.com
KNAPP, PETERSEN & CLARKE
500 North Brand Boulevard, 20th Floor
Glendale, California 91203-1904
Tel: (818) 547-5000  Fax: (818) 547-5329

Michael S. Duberchin, Esq. (State Bar No. 108338)
msdlaw@earthlink.net
Law Offices of Michael S. Duberchin
500 North Brand Boulevard, 20th Floor
Glendale, CA 91203
Tel: (818) 246-8487 Fax: (818) 246-6277

Attorneys for Plaintiff
CEDRIC STURGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC STURGE,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Defendant. | NO. CV-05-4216-RSWL<br><br>SEMI ANNUAL STATUS REPORT AS ORDERED BY THE COURT |

Plaintiff Cedric Sturge ("Sturge") hereby submits this semi-annual status report as ordered by the court on July 14, 2006.

Plaintiff's motion for conditional class certification was heard by the arbitrator on June 27, 2007. The arbitrator entered an order conditionally certifying a nationwide class pursuant to 29 U.S.C. section 216(b). The motion to certify a sub class in California pursuant to Rule 23, Federal Rules of Civil Procedure, was denied without prejudice.

Defendant has now moved to decertify the class, before notice is sent. The motion is set for hearing on April 1, 2008.

////

////

1  Depending on the ruling on defendant's motion, the parties will proceed with notice
2  to the members of the class providing them with an opportunity to opt in. Thereupon,
3  merits discovery is contemplated.

5  Dated: February 1, 2008             KNAPP, PETERSEN & CLARKE

                                      By: _____
                                          André E. Jardini
                                          Gwen Freeman
                                          Attorneys for Plaintiff
                                          CEDRIC STURGE

KNAPP,
PETERSEN
& CLARKE

556353.1  08000/00800

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February, 2008, I caused to be served a true and correct copy of the documents described as SEMI ANNUAL STATUS REPORT AS ORDERED BY THE COURT on the following counsel of record pursuant to ECF as to Filing Users and by Federal Express, postage prepaid, pursuant to Local Rule 5.5 as to any party who is not a Filing User or represented by a filing user:

### SERVICE LIST

| | |
|---|---|
| Wendy M. Lazerson, Esq.<br>Bingham McCutchen LLP<br>1900 University Avenue<br>East Palo Alto, CA 94303<br>TEL: (650) 849-4400<br>FAX: (650) 849-4602 | Attorneys for Defendant FANNIE MAE |
| Carolyn B. Hall, Esq.<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>Suite 1800<br>San Francisco, CA 94111<br>TEL: (415) 393-2000<br>FAX: (415) 393-2286 | Attorneys for Defendant FANNIE MAE |
| Michael S. Duberchin Esq.<br>Law Offices of Michael S. Duberchin<br>500 North Brand Boulevard<br>20th Floor<br>Glendale, CA 91203<br>TEL: 818-246-8487<br>FAX: 818-246-6277 | Co-Counsel Attorneys for Plaintiff Cedric Sturge |

_____  
Mindy Menahen  
(Type or print name)

_Mindy Menahen_  
(Signature)

556813.1  08000/00800