1  André E. Jardini (State Bar No. 71335)
   aej@kpclegal.com
2  Gwen Freeman (State Bar No. 104094)
   gf@kpclegal.com
3  KNAPP, PETERSEN & CLARKE
   500 North Brand Boulevard, 20th Floor
4  Glendale, California 91203-1904
   Tel: (818) 547-5000  Fax: (818) 547-5329
5
   Michael S. Duberchin, Esq. (State Bar No. 108338)
6  msdlaw@earthlink.net
   Law Offices of Michael S. Duberchin
7  500 North Brand Boulevard, 20th Floor
   Glendale, CA 91203
8  Tel: (818) 246-8487 Fax: (818) 246-6277

9  Attorneys for Plaintiff
   CEDRIC STURGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC STURGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　Defendant. | NO.　CV-05-4216-RSWL<br><br>SEMI ANNUAL STATUS REPORT AS ORDERED BY THE COURT |

　　　　Plaintiff Cedric Sturge ("Sturge") hereby submits this semi-annual status report as ordered by the court on July 14, 2006.

　　　　Plaintiff's motion for conditional class certification was heard by the arbitrator on June 27, 2007. The arbitrator entered an order conditionally certifying a nationwide class pursuant to 29 U.S.C. section 216(b). The motion to certify a sub class in California pursuant to Rule 23, Federal Rules of Civil Procedure, was denied without prejudice.

　　　　Defendant has now moved to decertify the class, before notice is sent. Discovery disputes have arisen that must be resolved before the motion is opposed. Ruling on those issues is pending.

////

-1-

556353.2 08000/00800

1 | Depending on the ruling on defendant's motion, the parties will proceed with notice
2 | to the members of the class providing them with an opportunity to opt in. Thereupon,
3 | merits discovery is contemplated.

Dated: August 13, 2008                    KNAPP, PETERSEN & CLARKE


By: /s/ Gwen Freeman
    André E. Jardini
    Gwen Freeman
    Attorneys for Plaintiff
    CEDRIC STURGE