André E. Jardini (State Bar No. 71335)
aej@kpclegal.com
Gwen Freeman (State Bar No. 104094)
gf@kpclegal.com
KNAPP, PETERSEN & CLARKE
500 North Brand Boulevard, 20th Floor
Glendale, California 91203-1904
Tel: (818) 547-5000  Fax: (818) 547-5329

Michael S. Duberchin, Esq. (State Bar No. 108338)
msdlaw@earthlink.net
Law Offices of Michael S. Duberchin
P.O. Box 8806
Calabasas, CA  91372
Telephone:  (818) 223-8700
Facsimile:  (818) 223-8788

Attorneys for Plaintiff
CEDRIC STURGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC STURGE,<br><br>         Plaintiff,<br><br>    v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>         Defendant. | NO.   CV-05-4216-RSWL<br><br>SEMI ANNUAL STATUS REPORT AS ORDERED BY THE COURT |

Plaintiff Cedric Sturge ("Sturge") hereby submits this semi-annual status report as ordered by the court on July 14, 2006.

The arbitrator issued a ruling on January 23, 2009, granting respondent Fannie Mae's motion to decertify the 216(b) class. A status conference is scheduled with the arbitrator for February 6, 2009. There remain issues concerning the individual claim and California

////
////
////
////

-1-

625670.1  08000/00800

State claims on behalf of respondent's California employees, the number of which is less than 150 persons.

Dated:  January 30, 2009        KNAPP, PETERSEN & CLARKE


By: /s/ André E. Jardini
    André E. Jardini
    Gwen Freeman
    Attorneys for Plaintiff
    CEDRIC STURGE

KNAPP,
PETERSEN
& CLARKE

625670.1  08000/00800