André E. Jardini, Bar No. 71335
aej@kpclegal.com
KNAPP, PETERSEN & CLARKE
550 North Brand Boulevard, Suite 1500
Glendale, California 91203-1922
Telephone:  (818) 547-5000
Facsimile:  (818) 547-5329

Michael S. Duberchin, Bar No. 108338
mduberchin@gmail.com
LAW OFFICES OF MICHAEL S. DUBERCHIN
P.O. Box 8806
Calabasas, CA  91302
Telephone:  (818) 222-8487

Attorneys for Plaintiff
CEDRIC STURGE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC STURGE,<br><br>       Plaintiff,<br><br>   v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>       Defendant. | NO.   CV05-04216 RSWL (MANx)<br><br>Ctrm:                                    21<br><br>Hearing Judge:  The Hon. Ronald Lew<br><br>DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER |

TO THE HONORABLE COURT:

Counsel for plaintiff CEDRIC STURGE hereby submits a [proposed] order of dismissal to the court as follows:

1.     Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(2), plaintiff hereby submits a [proposed] dismissal of this action, with prejudice.

2.     This matter was arbitrated and concluded on or about July 14, 2010.

////

////

////

////

KNAPP,
PETERSEN
& CLARKE

-1-

1       3.     Plaintiff's counsel inadvertently failed to notify the court that the matter

2  had concluded and a request that the matter be dismissed.

4  Dated:  September 17, 2014          KNAPP, PETERSEN & CLARKE

By:  /s/ André E. Jardini
      André E. Jardini
      Attorneys for Plaintiff
      CEDRIC STURGE

KNAPP,
PETERSEN
& CLARKE

2094132.1   08000/00800